IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANTHONY NICOLAS CALLA,<br>    Plaintiff,<br><br>v.<br><br>ISAAC ORTIZ and MARYNE P.<br>HERNANDEZ,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-24-CV-00159-DB |

## FINAL JUDGMENT

On May 23, 2024, Plaintiff Anthony Nicolas Calla and Defendants Isaac Ortiz and Maryne P. Hernandez filed their "Joint Stipulation for Dismissal with Prejudice," pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs of suit.

SIGNED this 24 day of **May 2024.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE